IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WELLSHIRE FINANCIAL | § | |
| SERVICES, LLC, ET AL. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-02786 |
| | § | |
| TMX FINANCE LLC, ET AL. | § | |

---

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

---

Pursuant to FED. R. CIV. P. 7.1 and this Court's September 18, 2017 Order, Defendant TMX Finance LLC ("TMX") certifies TMX's parent corporation is TMX Finance Holdings, Inc., which is not a publicly held corporation.

TitleMax of Texas, Inc. ("TitleMax of Texas") certifies that TitleMax of Texas does not have a parent corporation, and no publicly held corporation owns 10% or more of TitleMax of Texas's stock.

TMX Finance of Texas, Inc. ("TMX Finance of Texas") certifies TMX Finance of Texas does not have a parent corporation, and no publicly held corporation owns 10% or more of TMX Finance of Texas's stock.

TMX Finance Holdings, Inc. ("Holdings") states this Certificate of Interested Persons is submitted without prejudice to, and without waiver of, any rights, arguments, or defenses Holdings might otherwise have at law or in equity including, without limitations, its contest of personal jurisdiction. Subject to these rights, Holdings certifies it does not have a parent corporation, and no publicly held corporation owns 10% or more of Holdings stock.

Defendants TMX, TitleMax of Texas, TMX Finance of Texas, and Holdings (collectively, "Defendants") further state that the following persons, associations of person, firms, partnerships,

corporations, affiliates, parent corporations, or other interests are financially interested in the outcome

of this litigation:

1.   Plaintiff Wellshire Financial Services, LLC, d/b/a LoanStar Title Loans

2.   Plaintiff Meadowwood Financial Services, LLC, d/b/a LoanStar Title Loans, and d/b/a Moneymax Title Loans

3.   Plaintiff Integrity Texas Funding, LP

4.   Counsel for Plaintiffs:
     Wargo & French LLP
     Johnson Garcia LLP

5.   Defendant TMX

6.   Defendant TitleMax of Texas

7.   Defendant TMX Finance of Texas

8.   Defendant Holdings

9.   Counsel for Defendants:
     Holland & Knight LLP
     Greenberg Traurig

HOLLAND & KNIGHT LLP

*/s/ L. Bradley Hancock*
L. Bradley Hancock (Attorney-in-Charge)
S.D. Admission No. 21091
State Bar No. 00798238
Jeffrey D. Anderson (Of Counsel)
S.D. Admission No. 2338755
State Bar No. 24087100
1100 Louisiana Street, Suite 4300
Houston, TX 77002
713.244.6868
brad.hancock@hklaw.com
jeffrey.anderson@hklaw.com

GREENBERG TRAURIG LLP

Roland Garcia, Jr. (Of Counsel)
S.D. Admission No. 8420
State Bar No. 07645250

1000 Louisiana Street, Suite 1700
Houston, TX 77002
713.374.3500
garciar@gtlaw.com

ATTORNEYS FOR DEFENDANTS TMX
FINANCE OF TEXAS, INC.; TITLEMAX OF
TEXAS, INC.; TMX FINANCE LLC; AND TMX
FINANCE HOLDINGS, INC.

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing were served on all counsel of record in accordance with the Federal Rules of Civil Procedure on the 3rd day of October, 2017.

Daniel Johnson
Juan Garcia
JOHNSON GARCIA LLP
7324 Southwest Fwy, Suite 545
Houston, TX 77074
Telephone:  832-844-6460
Facsimile:  832-844-6868
daniel@johnsongarcialaw.com
juan@johnsongarcialaw.com

Joseph D. Wargo
John C. Matthews
Dustin S. Sharpe
WARGO & FRENCH LLP
999 Peachtree Street, N.E., 26th Floor
Atlanta, GA 30309
Telephone:  404-853-1500
Facsimile:  404-853-1501
jwargo@wargofrench.com
jmatthews@wargofrench.com
dsharpes@wargofrench.com

Jeffrey N. Williams
jwilliams@wargofench.com
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone:  310-853-6300
Facsimile:  310-853-6333

_/s/ L. Bradley Hancock_____
L. Bradley Hancock