United States District Court
Southern District of Texas
**ENTERED**
April 01, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WELLSHIRE FINANCIAL SERVICES, LLC, *et al*, | § § § § |
| Plaintiffs, VS. | § § § CIVIL ACTION NO. 4:17-CV-2786 |
| TMX FINANCE LLC, *et al*, | § § § § |
| Defendants. | § |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. 193). The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next thirty days.

SIGNED at Houston, Texas, this 1st day of April, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE